| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Russell Birkner<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3293<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa Alise Birkner<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2463<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  20–11632–MBK | | |

## Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Russell Birkner                    Lisa Alise Birkner

12/7/23                    **By the court:** Michael B. Kaplan
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
James Russell Birkner  
Lisa Alise Birkner  
    Debtors

Case No. 20-11632-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Russell Birkner, Lisa Alise Birkner, 13 Brindletown Road, New Egypt, NJ 08533-1801 |
| 518689398 | + | Dazell Plumbing & HVAC Services, LLC, 14 Stocktons Bridge Road, Pemberton, NJ 08068-1900 |
| 518689406 | + | State of NJ, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518689417 | + | Synchronymc, PO Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518689385 | + | EDI: AAFES | Dec 08 2023 01:35:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 518689384 | + | EDI: AAFES | Dec 08 2023 01:35:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 518689386 | ^ | MEBN | Dec 07 2023 20:42:44 | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 518801338 | + | EDI: AAFES | Dec 08 2023 01:35:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 518689389 | + | EDI: BANKAMER | Dec 08 2023 01:35:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518689388 | + | EDI: BANKAMER | Dec 08 2023 01:35:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518689390 | + | EDI: BANKAMER | Dec 08 2023 01:35:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518689387 | + | EDI: BANKAMER | Dec 08 2023 01:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518721536 | | EDI: CRFRSTNA.COM | Dec 08 2023 01:35:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 518746755 | + | EDI: AIS.COM | Dec 08 2023 01:35:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518753497 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2023 21:14:11 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 20-11632-MBK    Doc 48    Filed 12/09/23    Entered 12/10/23 00:14:19    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: 3180W | Total Noticed: 48 |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Box 3001, Malvern PA 19355-0701 |
| 518689393 | + EDI: CITICORP | Dec 08 2023 01:35:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518689394 | + EDI: CITICORP | Dec 08 2023 01:35:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518689395 | EDI: WFNNB.COM | Dec 08 2023 01:35:00 | Comenity, PO Box 659707, San Antonio, TX 78265 |
| 518689397 | + EDI: CRFRSTNA.COM | Dec 08 2023 01:35:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 518689396 | + EDI: CRFRSTNA.COM | Dec 08 2023 01:35:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518689400 | EDI: DISCOVER | Dec 08 2023 01:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518689401 | EDI: DISCOVER | Dec 08 2023 01:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518689399 | Email/Text: cms-bk@cms-collect.com | Dec 07 2023 20:44:00 | Discover, c/o Capital Mngmt Services LP, 698 1/2 South Ogden St., Buffalo, NY 14206-2317 |
| 518700481 | EDI: DISCOVER | Dec 08 2023 01:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518689402 | EDI: IRS.COM | Dec 08 2023 01:35:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518795816 | EDI: JEFFERSONCAP.COM | Dec 08 2023 01:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518689391 | EDI: JPMORGANCHASE | Dec 08 2023 01:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518689392 | EDI: JPMORGANCHASE | Dec 08 2023 01:35:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518733375 | + Email/Text: RASEBN@raslg.com | Dec 07 2023 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518689403 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2023 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518689404 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2023 20:43:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518689405 | + EDI: AAFES | Dec 08 2023 01:35:00 | Military Star, The Exchange, PO Box 740890, Cincinnati, OH 45274-0890 |
| 518768281 | EDI: PRA.COM | Dec 08 2023 01:35:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518791751 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 07 2023 20:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518689408 | + EDI: SYNC | Dec 08 2023 01:35:00 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 518689407 | + EDI: SYNC | Dec 08 2023 01:35:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518692842 | + EDI: AIS.COM | Dec 08 2023 01:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518689410 | + EDI: SYNC | Dec 08 2023 01:35:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 518801334 | + EDI: AIS.COM | | Dec 08 2023 01:35:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518689409 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518689411 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518689412 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518689413 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518689414 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518689415 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518689416 | + EDI: SYNC | | Dec 08 2023 01:35:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518689418 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, US Dept. of the Treasury, Bureau of the Fiscal Service, PO Box 1686, Birmingham, AL 35201-1686 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Lisa Alise Birkner courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 07, 2023 | Form ID: 3180W | Total Noticed: 48 |

Robert Cameron Legg     on behalf of Debtor James Russell Birkner courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5